United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD H. BEDFORD,                                    No. C 06-04299 WHA

                    Plaintiff,

        v.                                             **ORDER OF DISMISSAL**

OFFICE OF THE UNITED STATES
TRUSTEE, *ET AL.*,

                    Defendants.
                                              /

        On October 27, 2006, the Court ordered plaintiff Richard H. Bedford to show cause why

his claims should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil

Procedure 41(b).  The order directed plaintiff to respond by November 3, 2006.

        More than three months have passed since that order and plaintiff has failed to comply.

Accordingly, plaintiff's case is **DISMISSED**.  The clerk **SHALL CLOSE THE FILE**.


        **IT IS SO ORDERED.**


Dated:  February 2, 2007                       _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE